# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL CO., et al., | Case No. 1:06CV0164 |
| Plaintiffs, | JUDGE DAVID D. DOWD, JR. |
| vs. | Mag. Judge James S. Gallas |
| MAGNA INDUSTRIES, INC., | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their counsel that this action, including the Complaint and Counterclaims, is hereby dismissed with prejudice and on the merits, each party to bear its own costs. Provided, however, that the Court shall retain jurisdiction over the enforcement of the Settlement Agreement and Mutual Release between the parties and any agreements entered into pursuant to said Settlement Agreement and Mutual Release (collectively "the Agreements"). The parties have consented to the jurisdiction of Magistrate Judge Gallas to resolve any disputes concerning the Agreements.

| | |
|---|---|
| /s/ James Lindon | /s/ Timothy F. Sweeney |
| James Lindon, Esq. | Timothy F. Sweeney (0040027) |
| Lindon & Lindon, LLC | Lynn Rowe Larsen (0055824) |
| 1250 Linda Street | LAW OFFICE OF TIMOTHY FARRELL SWEENEY |
| Rocky River, Ohio 44116 | The 820 Building, Suite 430 |
| 440/333-0011 | 820 West Superior Avenue |
| 419/710-4925 (FAX) | Cleveland, Ohio 44113-1800 |
| Jlindon@LindonLaw.com | 216/241-5003 |
| | 216/241-3138 (FAX) |
| *Counsel for Defendant* | tim@timsweeneylaw.com |
| | lynn@timsweeneylaw.com |
| | *Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

s/David D. Dowd, Jr.   10/20/2006
--------------------------------
**JUDGE DAVID D. DOWD, JR.**